IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHNATHON FLORES, MARK KASICK, | § | |
| RAMON SALDIVAR, AND LUIS VILLARREAL, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL NO. B-12-247 |
| | § | |
| | § | |
| JAAAGS L.L.C. D/B/A CARWASH PLUS, and | § | |
| ARTURO KALIFA, | § | |
| Defendants. | § | |

# ORDER

The Court has considered Plaintiffs' Motion for Award of Attorneys' Fees [Doc. No. 67] in the above-styled action, as well as the submissions attached thereto, and the arguments of the respective parties.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant Arturo Kalifa (SSN: XXX-XX-3257, DOB: XX-XX-1953) and Defendant JAAAGS L.L.C. d/b/a Carwash Plus (EIN: 27-2115206, SUIA: 12-715859-2) shall pay to the Plaintiffs, jointly and severally, the amount of $28,599.70 in attorneys' fees plus $3,615.19 in costs and expenses. This award shall bear interest at the post-judgment interest rate at 0.13%.

Plaintiffs are allowed such writs and processes as may be necessary in the enforcement and collection of this award.

Signed this 15th day of January, 2014.

Andrew S. Hanen
United States District Judge